# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:01-CR-0074-01-JOF |
| CHARLES FLOYD PIPKINS, : | |
| Defendant. : | |

## **OPINION AND ORDER**

This matter is before the court on Petitioner Charles Pipkins' March 26, 2008 Notice of Appeal [795] which the Eleventh Circuit Court of Appeals has construed as a Motion for a Certificate of Appealability ("COA"). The court issues this order in response to the Eleventh Circuit's letter of June 24, 2008, requesting a response to Petitioner's motion.

Petitioner appeals this court's order denying his petition for habeas relief under 28 U.S.C. § 2255 issued on October 31, 2007, and this court's order denying his petition for relief under Fed. R. Civ. P. Rules 59(e) and 60(b) issued on March 19, 2008. In order to proceed with his appeal, Petitioner must obtain a certificate of appealability from this court or the Eleventh Circuit Court of Appeals. A district court may issue a certificate only if Petitioner makes "a substantial showing of denial of a constitutional right." 28 U.S.C.

§ 2253(c)(2). In order to do so a Petitioner must "show that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 527 U.S. 322, 336 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880 (1983)). A petitioner's appeal is limited to those issues which satisfy the COA standard. Petitioner states no specific grounds for appeal. Assuming arguendo, that Petitioner wishes to raise the same arguments on appeal that he raised in his motions under section 2255 and the Federal Rules, this court finds that these arguments are insufficient to meet the COA standard. Petitioner's petition for COA is DENIED.

**IT IS SO ORDERED** this 7th day of July 2008.

                                              s/ J. Owen Forrester
                                              J. OWEN FORRESTER
                              SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)